Marc Hartley, Bar No. 232379
LAW OFFICE OF MARC HARTLEY
343 E. Main Street, Suite 708
Stockton, California 95202
Tel: (209) 601-8141

Attorney for Plaintiff

Michael J. Baytosh,
PROUT-LEVANGIE, LLP
2021 N Street
Sacramento, California 95811
Tel: (916) 489-4349

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| KEVIN SIMMONS, | 1:10-CV-01331-LJO-GSA |
| Plaintiff, | **STIPULATED AGREEMENT TO AMEND SCHEDULING ORDER** |
| v. | |
| RITE OF PASSAGE ATHLETIC TRAINING CENTERS AND SCHOOLS, a Nevada Corporation; DAVID HARPER, an Individual; STEVEN ISBELL, an Individual; ANGELA ECKHARDT, an individual; and DOES 1 through 99, Inclusive, | |
| Defendants. | |

    Subject to the approval of this Court, the parties hereby stipulate to the following amendment to the Scheduling Order entered on January 11, 2011:

    1.    The intent of the parties, being Plaintiff Kevin Simmons and Defendants Rite of Passage A.T.C.S., Inc., David Harper, Steven Isbell, and Angela Eckhardt, in this action is to enlarge the time for completing certain necessary tasks in the course of the litigation. Therefore, the parties agree to amend the scheduling order entered

January 11, 2011. The following dates for completing disclosures, completing discovery, and filing dispositive and non-dispositive motions in the case are proposed:

    a.    The parties shall submit disclosures of expert witness information, to include reports as required pursuant to Federal Rules of Civil Procedure rule 26(a)(2)(B) no later than Thursday, November 17, 2011.

    b.    The parties shall complete discovery no later than February 9, 2012.

    c.    All non-dispositive motions shall be filed by March 1, 2012, and be heard by April 5, 2012.

    d.    All dispositive motions shall be filed by March 8, 2012, and be heard by April 12, 2012.

    e.    Settlement Conference shall be held on April 26, 2012.

    f.    The Pre-trial Conference is set for May 21, 2012.

    2.    All other scheduled dates set pursuant to the Court's scheduling order shall remain unchanged.

SO STIPULATED:

DATED: 11/2/11

                              ___/s/ Marc Hartley _____
                              Marc Hartley, Attorney for Plaintiff

DATED: 11/3/11              __/s/ Michael J. Baytosh_____
                              Michael J. Baytosh, Attorney for Defendants

### ORDER

The stipulation filed December 13, 2011 (Doc.28-1) is hereby **ADOPTED IN PART** and **MODIFIED IN PART**, as follows:

    a.    The disclosures of expert witness information deadline of November 17, 2011, is ADOPTED *nunc pro tunc*.

    b.    The parties shall complete discovery no later than February 9, 2012.

    c.    All non-dispositive motions shall be filed by March 1, 2012, and be heard by April 5, 2012.

  d. All dispositive motions shall be filed by March 8, 2012, and be heard by April 12, 2012.

  e. The Settlement Conference shall be held on **March 5, 2012, at 10:00 a.m. before Magistrate Judge Gary S. Austin in Courtroom 10**.

  f. The Pre-trial Conference is set for **Tuesday, May 22, 2012, at 8:15 a.m. before the Honorable Lawrence J. O'Neill in Courtroom 4.**

The **jury trial shall commence on Tuesday, July 31, 2012, at 8:30 a.m. before the Honorable Lawrence J. O'Neill in Courtroom 4**.

  2. All other scheduled dates set pursuant to the Court's scheduling order shall remain unchanged.

IT IS SO ORDERED.

Dated:  **December 15, 2011**     **/s/ Gary S. Austin**
                 UNITED STATES MAGISTRATE JUDGE