# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KEVIN SIMMONS, </br></br>        Plaintiff, </br></br>    v. </br></br>RITE OF PASSAGE ATHLETIC TRAINING CENTERS AND SCHOOLS, a Nevada Corporation; DAVID HARPER, an Individual; STEVEN ISBELL, an Individual; ANGELA ECKHARDT, an individual; and DOES 1 through 99, Inclusive, </br></br>        Defendants. | 1:10-CV-01331-LJO-GSA </br></br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

## ORDER

Good cause appearing therefore, the stipulation filed February 24, 2012 is hereby adopted as follows:

---

ORDER CONTINUING SETTLEMENT CONFERENCE - 1

The Settlement Conference scheduled for March 5, 2012 is hereby continued to and shall be held on **April 11, 2012 at 10:30 a.m. before the undersigned in Courtroom 10.**  The Court shall issue a separate order regarding updated settlement conference procedures.

IT IS SO ORDERED.

Dated:   **February 27, 2012**                              **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE