1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| KEVIN EUGENE SIMMONS, | ) | 1:10-cv-1331 LJO GSA |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING SETTLEMENT** |
| | ) | **CONFERENCE PROCEDURES** |
| v. | ) | |
| | ) | |
| RITE OF PASSAGE ATHLETIC | ) | |
| TRAINING CENTERS AND SCHOOLS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| _____ | ) | |

11

12

13

14

15

16

17

18

19        Consideration of settlement is a serious matter that requires thorough preparation prior to

20   the settlement conference.  Provided below are the procedures this Court will employ when

21   conducting the settlement conference scheduled for April 11, 2012, at 10:30 a.m.

         A.  Required Pre-Settlement Conference Communications

22       A settlement conference is more likely to be productive if the parties have exchanged

23   written settlement proposals in advance of the conference.  Accordingly, at least twenty-one (21)

24   calendar days prior to the settlement conference, plaintiff's counsel shall submit a written

25   itemization of damages and a good faith *settlement demand* to defendant's counsel with a brief

26   explanation of why the demand is appropriate.  Thereafter, but no later than seven (7) calendar

27

28                                                    1

1  days prior to the settlement conference, defendant's counsel shall submit a good faith written

2  *offer* to plaintiff's counsel with a brief explanation of why the offer is appropriate.

3      On occasion, this process will lead directly to a settlement.  If settlement is not achieved,

4  plaintiff's counsel shall deliver or fax copies of all settlement proposals along with his/her

5  *Confidential Settlement Conference Statement* to chambers.  Copies of these documents are not

6  to be filed on the court docket.

7      B.  Confidential Settlement Conference Statement

8      At least four (4) calendar days prior to the settlement conference, the parties shall submit

9  the *Confidential Settlement Conference Statement* to Judge Austin's chambers via

10  gsaorders@caed.uscourts.gov.  This statement  shall include the following:

11      1.    A list of all elements of each cause of action or affirmative defense pled in

12  the party's respective complaint or answer;

13      2.    A brief statement identifying those facts that support each cause of action

14  or affirmative defense;

15      3.    A description outlining the factual and legal contentions upon which the

16  parties agree or disagree;

17      4.    A description identifying the impediments to settlement, including

18  financial, emotional or legal concerns;

19      5.    A summary of the settlement attempts to date;

20      6.    A statement of the specific relief sought; and

21      7.    A statement identifying any third party (i.e., lien holder, etc.) with a legal

22  interest in this action.

23    C.  Attendance

24    The attorneys who will try the case shall appear at the settlement conference accompanied

28                                  2

1  by the named parties and all persons having authority to negotiate the settlement.[1]  If appropriate,

2  the principal representative shall have approval to settle the action on the terms consistent with the

3  opposing party's most recent demand.

4          D.  Mediation Format

5          A mediation format will be employed during the settlement conference.  The lawyers, the

6  parties, and all representatives must be fully prepared and will be expected to participate.  The

7  Court encourages all participants to be flexible and to reassess their previous positions, as well as

8  put to forth their best efforts toward reaching a mutually agreeable settlement.

9          E.  Statements Inadmissible

10         The Court expects full and candid participation during the settlement conference.  With

11 this in mind, statements made by any party or attorney during the settlement conference are not to

12 be used in discovery and will not be admissible at trial.

13         F.  Sanctions

14         Failure to follow this procedure will result in removal of the settlement conference from

15 the Court's calendar and may result in additional sanctions.

16

17     IT IS SO ORDERED.

18   **Dated:   February 28, 2012**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

---

[1]Insurance carriers, business organizations, and governmental agencies whose settlement
25 agreements are subject to approval by legislative bodies, executive committees, boards of
   directors, et cetera, shall be represented by a person or persons who occupy high executive
26 positions in the party organization and who will be directly involved in the process of approval of
   any settlement offers or agreements.
27

28                                          3