# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EUGENE SIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>RITE OF PASSAGE ATHLETIC TRAINING CENTERS AND SCHOOLS; DAVID HARPER; STEVEN ISBELL; and ANGELA ECKHARDT,<br><br>Defendants. | 1: 10-cv-1331 LJO-GSA<br><br>ORDER REGARDING MOTION TO COMPEL |

A Motion to Compel has been filed in this case. The parties are advised that the *personal* appearance of counsel is *required* at the Motion to Compel scheduled for April 13, 2012 at 9:30 am. (Docs. 43, 44). The parties are encouraged to work together during meet and confer sessions prior to the hearing. However, if a resolution is not reached prior to the hearing, the parties shall be required to participate in a meet and confer session with each other and with Judge Austin on the day of the hearing which will last through the morning and possibly extend into the afternoon until an agreement is reached, or until the Court determines the dispute is ripe for decision.

The parties are advised that they must file a joint statement pursuant to Local Rule 251(c) no later than seven days prior to the hearing. The joint statement shall not be longer than twenty-

1

1  five pages excluding exhibits.  The parties must establish good cause and obtain prior Court
2  approval to exceed this page limit.  Failure to timely file the joint statement will result in the
3  removal of this motion from the Court's calendar.

5  IT IS SO ORDERED.

6  **Dated:**   **March 7, 2012**                              /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE