# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EUGENE SIMMONS, | 1: 10-cv-1331 LJO-GSA |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO COMPEL |
| RITE OF PASSAGE ATHLETIC TRAINING CENTERS AND SCHOOLS; DAVID HARPER; STEVEN ISBELL; and ANGELA ECKHARDT, | (Document 43) |
| Defendants. | |

## I. INTRODUCTION

On March 1, 2012, Defendant, Rite of Passage Athletic Training Centers and Schools ("Defendant") filed a Motion to Compel based on Plaintiff, Kevin Simmon's ("Plaintiff") alleged failure to respond to Special Set of Interrogatories (Set One) and Requests for Production of Documents (Set One). (Doc. 43). The matter was set for hearing on April 13, 2012 at 9:30 am. The Court determined that the matter was suitable for decision without oral argument and the hearing was vacated. (Doc. 55). Upon consideration of the pleadings, Defendant's Motion to Compel is GRANTED.

1

## II.   DISCUSSION

On April 6, 2012, the parties filed a joint statement regarding discovery dispute wherein Plaintiff acknowledged that the propounded discovery was properly served and that the responses were overdue.  The parties agreed that the discovery requests would be produced no later than April 13, 2012.  The parties were involved in a settlement conference on April 11, 2012, and settlement negotiations have been ongoing.  However, the Court recently was advised that the case has not settled and the discovery has not yet been produced. Plaintiff is required to provide the requested discovery pursuant to Fed. R. Civ. P. 33 and 34.  Accordingly, Plaintiff shall do so within five days of the date of this order.[1]

## III.   CONCLUSION

Based on the above, Defendant's Motion to Compel filed on March 1, 2012, is GRANTED.  Within five days, Plaintiff shall serve responses to Defendant's Special of Interrogatories (Set One) and Request for Production of Documents (Set One).

IT IS SO ORDERED.

Dated:   **May 4, 2012**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Attorneys fees are not awarded pursuant to Fed. R. Civ. P 37(b) because no request was made.