IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SIMMONS,<br><br>         Plaintiff,<br><br>     vs.<br><br>RITE OF PASSAGE ATHLETIC TRAINING CENTERS AND SCHOOLS, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 10-1331 LJO GSA<br><br>**ORDER TO SET FURTHER SETTLEMENT CONFERENCE AND TO RESET PRETRIAL CONFERENCE** |

To accommodate the parties, this Court:

1. SETS a further settlement conference for June 12, 2012 at 10:30 a.m. before U.S. Magistrate Judge Dennis L. Beck in Courtroom 9;

2. ORDERS the parties, no later than June 8, 2012, to submit updated confidential settlement conference statements to address the current settlement posture and the parties' respective settlement positions;

3. VACATES the May 22, 2012 pretrial conference and RESETS the pretrial conference for June 26, 2012 at 8:30 a.m. before U.S. District Judge Lawrence O'Neill in Courtroom 4;

4. ORDERS the parties, no later than June 19, 2012, to file a joint pretrial statement which complies with Local Rule 281;

5. RECONFIRMS the July 31, 2012 trial which will not be reset absent absolute good cause; and

6.     DIRECTS the clerk to serve this order on U.S. Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

**Dated:**   **May 15, 2012**                              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE